**BOOMHOWER, Inc., appellant**

v.

**John MAKTOS, Administrator of the Estate of George O'Hanides, Deceased, appellee.**

**No. 11971.**

United States Court of Appeals, District of Columbia Circuit. Argued May 17, 1954. Decided June 10, 1954.

Mr. Thaddeus G. Benton, New York City, for appellant. Mr. William F. Mc-

Donnell, Washington, D. C., entered an appearance for appellant.

Mr. David L. Riordan, Washington, D. C., for appellee.

Before EDGERTON, WASHINGTON, and DANAHER, Circuit Judges.

PER CURIAM.

The plaintiff lessee appeals from a judgment for the defendant lessor in a suit for alleged breach of warranty. We find no error affecting substantial rights.

Affirmed.